IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-0061-MSK-BNB

GARY WAYNE BROWN, an individual,

Plaintiff,

v.

VIA, INC., a Nevada corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Leave to Designate Additional Non-Party at Fault** [docket no. 14, filed May 2, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.

DATED:  May 3, 2012