IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-0061-MSK-BNB

GARY WAYNE BROWN, an individual,

Plaintiff,

v.

VIA, INC., a Nevada corporation,

Defendant.
_____

### ORDER
_____

This matter arises on **Plaintiff's Motion to Amend Scheduling Order** [Doc. # 21, filed 5/22/2012] (the "Motion for Extension"), which is GRANTED.

I entered a Scheduling Order [Doc. # 11] in this case on April 9, 2012.  The Scheduling Order established May 24, 2012, as the deadline to join parties and amend pleadings.  The plaintiff has demonstrated in the Motion for Extension that he has acted with reasonable diligence but that additional discovery is needed to determine whether to add additional parties or amend the pleadings.  Consequently, I find that good cause exists to amend the Scheduling Order to extend the deadline to join parties and amend pleadings.

IT IS ORDERED:

(1)   The Motion for Extension [Doc. # 21] is GRANTED; and

(2)   The deadline to join parties and amend pleadings is extended to and including July 27, 2012.

Dated June 1, 2012.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge